AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

ATTACHMENT TO FORM AO-121, CASE NO. CV12-09912

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| Ai:4273, renewed 1982 RE 121063 | The Fellowship of the Ring | J.R.R. Tolkien |
| AF 25233, renewed 1994 RE 672005 | The Fellowship of the Ring (Revised Edition) | J.R.R. Tolkien |
| Ai:4465, renewed 1982 RE 121070 | The Two Towers | J.R.R. Tolkien |
| AF 25234, renewed 1994 RE 671969 | The Two Towers (Revised Edition) | J.R.R. Tolkien |
| TX 1-237-761, renewed 1983 RE 188500, revoked 1987 – no Ai registration | The Return of the King | J.R.R. Tolkien |
| GATT No. TX 4-281-409 | The Return of the King (restored) | J.R.R. Tolkien |
| AF 25235, renewed 1994 RE 671970 | The Return of the King (Revised Edition) | J.R.R. Tolkien |
| A804788, renewed 1993 RE 631676 | The Lord of the Rings (1965 edition) | J.R.R. Tolkien |
| Ai 23245 | The Hobbit | J.R.R. Tolkien |
| GATT No. TX 4-374-803 | The Hobbit (restored) | J.R.R. Tolkien |
| A115288 | The Hobbit (American Edition) | J.R.R. Tolkien |
| A 877837, renewed 1994 RE 672002 | The Hobbit (Revised Edition) | J.R.R. Tolkien |

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1900 Avenue of the Stars, 21st Floor, Los Angeles, California 90067. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On November 26, 2012, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT

in a sealed envelope, postage fully paid, addressed as follows:

Register of Copyrights
Copyright Office
Library of Congress
Washington, D.C. 20559

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 26, 2012, at Los Angeles, California.

_____
Robert Massing

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

84971-00003/1879032.1