| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | DANIEL PETROCELLI (S.B. #97802)<br>dpetrocelli@omm.com<br>VICTOR JIH (S.B. #186515)<br>vjih@omm.com<br>MOLLY LENS (S.B. #283867)<br>mlens@omm.com<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-6035<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779 | FILED<br><br>2013 JAN 18 PM 4: 06<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br><br>BY_____ |
| 7 | Attorneys for Warner Defendants and Counterclaim Plaintiffs | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOURTH AGE LTD., a United Kingdom corporation; PRISCILLA MARY ANNE REUEL, as TRUSTEE OF THE TOLKIEN TRUST, a United Kingdom Charitable Trust; THE J.R.R. TOLKIEN ESTATE LTD., a United Kingdom corporation; HARPERCOLLINS PUBLISHERS LTD., a United Kingdom corporation; UNWIN HYMAN LTD., a United Kingdom corporation; and GEORGE ALLEN & UNWIN (PUBLISHERS) LTD., a United Kingdom corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER BROS. DIGITAL DISTRIBUTION, a division of WARNER BROS. HOME ENTERTAINMENT INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation, as successor-in-to New Line Cinema Corp.; WARNER BROS. CONSUMER PRODUCTS INC., a Delaware corporation; WARNER BROS. INTERACTIVE ENTERTAINMENT INC., a division of WARNER BROS. HOME ENTERTAINMENT INC., a Delaware corporation; and NEW LINE PRODUCTIONS, INC., a California corporation; THE SAUL ZAENTZ | Case No. 12-9912-ABC (SJH)<br><br>**WARNER'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1** |

| | |
|---|---|
| 1 | COMPANY d/b/a Middle-Earth Enterprises, a Delaware corporation; and DOES 1-10, inclusive, |
| 2 | |
| 3 | Defendants. |
| 4 | |
| 5 | WARNER BROS. HOME ENTERTAINMENT INC.; WARNER BROS. ENTERTAINMENT INC.; WARNER BROS. CONSUMER PRODUCTS INC.; and NEW LINE PRODUCTIONS, INC., |
| 6 | |
| 7 | |
| 8 | Counterclaim Plaintiffs, |
| 9 | |
| 10 | v. |
| 11 | FOURTH AGE LTD.; THE TOLKIEN TRUST; THE J.R.R. TOLKIEN ESTATE LTD.; PRISCILLA MARY ANNE REUEL TOLKIEN; HARPERCOLLINS PUBLISHERS LTD.; UNWIN HYMAN LTD.; and GEORGE ALLEN & UNWIN (PUBLISHERS) LTD., |
| 12 | |
| 13 | |
| 14 | |
| 15 | Counterclaim Defendants. |
| 16 | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to F.R.C.P. 7.1, Defendants Warner Bros. Home Entertainment Inc., Warner Bros. Entertainment Inc., Warner Bros. Consumer Products Inc., and New Line Productions, Inc. hereby make the following disclosures:

1. Warner Bros. Home Entertainment Inc. is a wholly owned subsidiary of Warner Bros. Entertainment Inc., of which Warner Bros. Digital Distribution and Warner Bros. Interactive Entertainment are divisions.

2. Warner Bros. Entertainment Inc. is a Delaware corporation and is a wholly owned subsidiary of Warner Communications Inc. Warner Communications Inc. is a Delaware corporation and is a wholly owned subsidiary of Historic TW Inc. Historic TW Inc. is a Delaware corporation, more than 10% of which is owned by Time Warner Inc., a Delaware corporation, and Warner Communications Inc., a Delaware corporation.

3. Warner Bros. Consumer Products Inc. is a Delaware corporation and is a wholly owned subsidiary of Warner Bros. Entertainment Inc.

4. New Line Productions, Inc. is a California corporation and is a wholly owned subsidiary of New Line Cinema LLC, a Delaware limited liability company. New Line Cinema LLC is a wholly owned subsidiary of Warner Bros. Entertainment Inc.

Dated: January 18, 2013

DANIEL PETROCELLI
VICTOR JIH
MOLLY LENS
O'MELVENY & MYERS LLP

By: _____
Daniel Petrocelli

Attorneys for Warner Defendants and Counterclaim Plaintiffs