1  BONNIE E. ESKENAZI (SBN 119401)
   BEskenazi@ggfirm.com
2  ELISABETH A. MORIARTY (SBN 156569)
   EMoriarty@ggfirm.com
3  RICARDO P. CESTERO (SBN 203230)
   RCestero@ggfirm.com
4  GREENBERG GLUSKER FIELDS CLAMAN &
   MACHTINGER LLP
5  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California  90067-4590
6  Telephone:  310.553.3610
   Fax:  310.553.0687
7
   Attorneys for Plaintiffs
8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  FOURTH AGE LIMITED, a United Kingdom corporation; PRISCILLA MARY ANNE REUEL TOLKIEN, as TRUSTEE OF THE TOLKIEN TRUST, a United Kingdom Charitable Trust; THE J.R.R. TOLKIEN ESTATE LIMITED, a United Kingdom corporation; HARPERCOLLINS PUBLISHERS, LTD., a United Kingdom corporation; UNWIN HYMAN LTD., a United Kingdom corporation; and GEORGE ALLEN & UNWIN (PUBLISHERS) LTD., a United Kingdom corporation,<br><br>                    Plaintiffs,<br><br>       v.<br><br>WARNER BROS. DIGITAL DISTRIBUTION, INC., a division of WARNER BROS. HOME ENTERTAINMENT, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation, as successor-in-interest to New Line Cinema Corp.; WARNER BROS. CONSUMER PRODUCTS, INC., a Delaware corporation; WARNER BROS. INTERACTIVE ENTERTAINMENT, INC., a division of WARNER BROS. HOME ENTERTAINMENT, INC.; NEW LINE PRODUCTIONS, INC., a California corporation; THE SAUL ZAENTZ COMPANY d/b/a Middle-earth Enterprises, a Delaware corporation; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.  CV 12-09912 ABC (SHx)<br><br>Hon. Audrey B. Collins<br><br>**[PROPOSED] ORDER RE:**<br><br>**COUNTERCLAIM DEFENDANTS' SPECIAL MOTION TO STRIKE THE WARNER PARTIES' FIRST AMENDED COUNTERCLAIM PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE SECTION 425.16** |

AND RELATED COUNTERCLAIMS.

On May 13, 2013, Plaintiffs and Counterclaim Defendants Fourth Age Limited, Priscilla Mary Anne Reuel Tolkien, as Trustee of the Tolkien Trust, The J.R.R. Tolkien Estate Ltd., Harper Collins Publishers, Ltd., Unwin Hyman Ltd. and George Allen & Unwin (Publishers), Ltd. (collectively, the "Tolkien/HC Parties") brought on for hearing their Special Motion to Strike the First Amended Counterclaim of Defendant and Counterclaimants Warner Bros. Home Entertainment, Inc., Warner Bros. Entertainment, Inc., Warner Bros. Consumer Products, Inc. and New Line Productions, Inc. (collectively, the "Warner Parties") pursuant to California Code of Civil Procedure §425.16. The appearances were as reflected in the record.

The Court, having considered the papers filed in support of, and in opposition to, the Motion, and the arguments of counsel, rules as follows.

1. The Tolkien/HC Parties' motion is granted without leave to amend;

2. The Warner Parties' first counterclaim for breach of contract is dismissed with prejudice and the Tolkien/HC Parties shall be entitled to their attorneys' fees in an amount to be determined pursuant to a later motion.

IT IS SO ORDERED.

DATED: _____, 2013

_____
Honorable Audrey B. Collins
United States District Judge

1  
2  Respectfully submitted by  
3  DATED:  March 28, 2013  GREENBERG GLUSKER FIELDS
   CLAMAN & MACHTINGER LLP  
4  
5  By: /s. Bonnie E. Eskenazi
6      BONNIE E. ESKENAZI (SBN 119401)

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

84971-00003/1915742.1    2    PROPOSED ORDER RE MOTION TO STRIKE WB COUNTERCLAIM