# EXHIBIT J

# INTENTIONALLY OMITTED BY AGREEMENT OF ALL PARTIES SUBJECT TO FURTHER DISCUSSION ABOUT WHETHER THIS EXHIBIT WILL BE FILED UNDER SEAL.