BONNIE E. ESKENAZI (SBN 119401)
BEskenazi@ggfirm.com
ELISABETH A. MORIARTY (SBN 156569)
EMoriarty@ggfirm.com
RICARDO P. CESTERO (SBN 203230)
RCestero@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOURTH AGE LIMITED, a United Kingdom corporation; PRISCILLA MARY ANNE REUEL TOLKIEN, as TRUSTEE OF THE TOLKIEN TRUST, a United Kingdom Charitable Trust; THE J.R.R. TOLKIEN ESTATE LIMITED, a United Kingdom corporation; HARPERCOLLINS PUBLISHERS, LTD., a United Kingdom corporation; UNWIN HYMAN LTD., a United Kingdom corporation; and GEORGE ALLEN & UNWIN (PUBLISHERS) LTD., a United Kingdom corporation,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER BROS. DIGITAL DISTRIBUTION, INC., a division of WARNER BROS. HOME ENTERTAINMENT, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation, as successor-in-interest to New Line Cinema Corp.; WARNER BROS. CONSUMER PRODUCTS, INC., a Delaware corporation; WARNER BROS. INTERACTIVE ENTERTAINMENT, INC., a division of WARNER BROS. HOME ENTERTAINMENT, INC.; NEW LINE PRODUCTIONS, INC., a California corporation; THE SAUL ZAENTZ COMPANY d/b/a Middle-earth Enterprises, a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 12-09912 ABC (SHx)<br><br>Hon. Audrey B. Collins<br><br>**DECLARATION OF STEVEN A. MAIER IN SUPPORT OF SPECIAL MOTIONS TO STRIKE THE WARNER PARTIES' FIRST COUNTERLCIAM FOR BREACH OF CONTRACT AND ZAENTZ' SECOND COUNTERCLAIM FOR BREACH OF CONTRACT**<br><br>[Declaration of Ricardo P. Cestero, Special Motions to Strike and Motions to Dismiss filed concurrently herewith]<br><br>Date: May 13, 2013<br>Time: 10:00 a.m.<br>Courtroom: 680 |

AND RELATED COUNTERCLAIMS.

## DECLARATION OF STEVEN A MAIER

I, Steven A. Maier, declare:

1. I am a Solicitor duly authorized to practice in the Senior Courts of England and Wales and I am general litigation counsel for plaintiffs Fourth Age Limited, Priscilla Mary Anne Reuel Tolkien, as Trustee of the Tolkien Trust and the J.R.R. Tolkien Estate Limited (the "Tolkien Parties") herein. The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto.

2. Attached hereto as Exhibit Q is a true and correct copy of an unsolicited email I received on September 7, 2010 offering an online slot machine game entitled *The Lord of the Rings, The Fellowship of the Ring Online Slot Machine Game* from the "Roxy Palace Online Casino." Initially, I believed this email to be counterfeit and some form of online scam, but, after conducting some limited research on the Internet, I discovered that this game appeared to have been developed under the guise of a purported license from New Line Cinema. On September 8, 2010, I forwarded this email to the Tolkien Parties' United States counsel.

3. Later on September 8, 2010, I forwarded a copy of this spam email advertisement to Fredrica Drotos of the Saul Zaentz Company and asked her

///
///
///
///
///

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

84971-00003/1907836.2

2

MAIER DECLARATION IN SUPPORT OF ANTI-SLAPP MOTIONS

whether the online slot machine was genuine. A true and correct copy of my September 8, 2010 email to Ms. Drotos is attached hereto as Exhibit R.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of March, 2013 at Oxford, England.

_____
Steven A. Maier