UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-9912 ABC (SJHx) | Date | May 8, 2013 |
|---|---|---|---|
| Title | Fourth Age Limited et al. v. Warner Bros. Digital Distribution Inc et al. | | |

| Present: The Honorable | Audrey B. Collins, United States District Judge | |
|---|---|---|
| Angela Bridges | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None | | None |

**Proceedings:**    ORDER CONTINUING HEARING ON MOTIONS  (In Chambers)

   Due to calendar congestion, the Court hereby **CONTINUES** the hearing on Plaintiffs' Motions to Dismiss and Motions to Strike (docket nos. 40, 41, 42, and 43) to **Monday July 22, 2013 at 10:00 a.m.**.

   **IT IS SO ORDERED.**

                                                                                          :
                                                        Initials of Preparer    AB