| | |
|---|---|
| 1 | BONNIE E. ESKENAZI (SBN 119401) |
|   | BEskenazi@ggfirm.com |
| 2 | ELISABETH A. MORIARTY (SBN 156569) |
|   | EMoriarty@ggfirm.com |
| 3 | RICARDO P. CESTERO (SBN 203230) |
|   | RCestero@ggfirm.com |
| 4 | GREENBERG GLUSKER FIELDS CLAMAN & |
|   | MACHTINGER LLP |
| 5 | 1900 Avenue of the Stars, 21st Floor |
|   | Los Angeles, California  90067-4590 |
| 6 | Telephone:  310.553.3610 |
|   | Fax:  310.553.0687 |
| 7 | |
| 8 | Attorneys for Plaintiffs and Counterclaim Defendants/Appellants |

9    UNITED STATES DISTRICT COURT

10   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOURTH AGE LIMITED, a United Kingdom corporation; PRISCILLA MARY ANNE REUEL TOLKIEN, as TRUSTEE OF THE TOLKIEN TRUST, a United Kingdom Charitable Trust; THE J.R.R. TOLKIEN ESTATE LIMITED, a United Kingdom corporation; HARPERCOLLINS PUBLISHERS, LTD., a United Kingdom corporation; UNWIN HYMAN LTD., a United Kingdom corporation; and GEORGE ALLEN & UNWIN (PUBLISHERS) LTD., a United Kingdom corporation, | Case No.  CV 12-09912 ABC (SHx) |
| | Hon. Audrey B. Collins |
| | **APPELLANTS' REPRESENTATION STATEMENT** |
| Plaintiffs, | |
| v. | |
| WARNER BROS. DIGITAL DISTRIBUTION, INC., a division of WARNER BROS. HOME ENTERTAINMENT, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation, as successor-in-interest to New Line Cinema Corp.; WARNER BROS. CONSUMER PRODUCTS, INC., a Delaware corporation; WARNER BROS. INTERACTIVE ENTERTAINMENT, INC., a division of WARNER BROS. HOME ENTERTAINMENT, INC.; NEW LINE PRODUCTIONS, INC., a California corporation; THE SAUL ZAENTZ COMPANY d/b/a Middle-earth Enterprises, a Delaware corporation; and DOES 1-10, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

# **REPRESENTATION STATEMENT**

The undersigned represents counterclaim defendants and appellants FOURTH AGE LIMITED, a United Kingdom corporation; PRISCILLA MARY ANNE REUEL TOLKIEN, as TRUSTEE OF THE TOLKIEN TRUST, a United Kingdom Charitable Trust; THE J.R.R. TOLKIEN ESTATE LIMITED, a United Kingdom corporation; HARPERCOLLINS PUBLISHERS, LTD., a United Kingdom corporation; UNWIN HYMAN LTD., a United Kingdom corporation; and GEORGE ALLEN & UNWIN (PUBLISHERS) LTD., a United Kingdom corporation, and no other party.  Attached is a service list that shows all of the remaining parties to the action below, and identifies their counsel by name, firm, address and telephone number, where appropriate, as required by Federal Rule of Appellant Procedure 12(b) and Ninth Circuit Rule 3-2(b).

DATED: August 2, 2013

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP


By: /s/ Bonnie E. Eskenazi
BONNIE E. ESKENAZI (SBN 119401)
Attorneys for Plaintiffs and Counterclaim
Defendants/Appellants

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

ATTACHMENT TO REPRESENTATION STATEMENT

| | |
|---|---|
| ARNOLD & PORTER LLP<br>Martin R. Glick<br>Sarah J. Givan<br>Sean M. Callagy<br>Three Embarcadero Center, 7th Floor<br>San Francisco, California 94111-4024<br>415.471.3100<br><br>John C. Ulin<br>777 S. Figueroa Street<br>Los Angeles, CA 90017-5844<br>213.243.4000 | Attorneys for Defendant and Counterclaim Plaintiff THE SAUL ZAENTZ COMPANY d/b/a Middleearth Enterprises, a Delaware corporation |
| O'MELVENY & MEYERS LLP<br>Daniel M. Petrocelli<br>Victor Jih<br>Molly Lens<br>1999 Avenue of the Stars<br>7th Floor<br>Los Angeles CA 90067<br>310-553-6700 | Attorneys for Defendants and Counterclaim Defendants WARNER BROS. DIGITAL DISTRIBUTION, INC.; WARNER BROS. ENTERTAINMENT, INC.; WARNER BROS. CONSUMER PRODUCTS, INC.; WARNER BROS. INTERACTIVE ENTERTAINMENT, INC.; NEW LINE PRODUCTIONS, INC. |

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590