DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
VICTOR JIH (S.B. #186515)
vjih@omm.com
MOLLY M. LENS (S.B. #283867)
mlens@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for the Warner Parties

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOURTH AGE LTD., *et al*,<br><br>    Plaintiffs,<br><br>v.<br><br>WARNER BROS. DIGITAL DISTRIBUTION, *et al*,<br><br>    Defendants. | Case No. 12-9912-ABC (SHx)<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF ERRATA RE: NOTICE OF MANUAL FILING**<br><br>**Judge**: Hon. Audrey B. Collins<br>**Magistrate**: Hon. Stephen J. Hillman |
| WARNER BROS. DIGITAL DISTRIBUTION INC., *et al*,<br><br>    Counterclaim Plaintiffs,<br><br>v.<br><br>FOURTH AGE LTD., *et al*,<br><br>    Counterclaim Defendants. | **Hearing Date**: February 24, 2014<br>**Hearing Time**: 2:00 p.m.<br><br>**Discovery Cutoff**: April 15, 2014 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on January 27, 2014, defendants and counterclaim plaintiffs Warner Bros. Home Entertainment Inc., Warner Bros. Entertainment Inc., Warner Bros. Consumer Products Inc., and New Line Productions, Inc. (collectively, "Warner") electronically filed their Notice of Manual Filing.  (Docket No. 98.)  The Notice of Manual Filing inadvertently omitted Warner's Application to File Motion to Compel and Exhibits 4-5 to the Declaration of Molly M. Lens Under Seal in the list of documents to be manually filed.  A corrected Notice of Manual Filing listing Warner's Application to File Motion to Compel and Exhibits 4-5 to the Declaration of Molly M. Lens Under Seal in the list of documents to be manually filed was filed on January 28, 2014. (Docket No. 101).

Dated:  January 28, 2014

DANIEL M. PETROCELLI
VICTOR JIH
MOLLY M. LENS
O'MELVENY & MYERS LLP

By: _____
Daniel M. Petrocelli

Attorneys for the Warner Parties