| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #97802) |
|   | dpetrocelli@omm.com |
| 2 | VICTOR JIH (S.B. #186515) |
|   | vjih@omm.com |
| 3 | MOLLY M. LENS (S.B. #283867) |
|   | mlens@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 1999 Avenue of the Stars, 7th Floor |
| 5 | Los Angeles, California  90067-6035 |
|   | Telephone:  (310) 553-6700 |
| 6 | Facsimile:   (310) 246-6779 |

Attorneys for the Warner Parties

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FOURTH AGE LTD., *et al*, | Case No. 12-9912-ABC (SHx) |
|---|---|
| Plaintiffs, | |
| v. | **PROOF OF SERVICE** |
| WARNER BROS. DIGITAL DISTRIBUTION, *et al*, | **Judge**: Hon. Audrey B. Collins |
| Defendants. | **Magistrate**: Hon. Stephen J. Hillman |
| WARNER BROS. DIGITAL DISTRIBUTION INC., *et al*, | |
| Counterclaim Plaintiffs, | |
| v. | |
| FOURTH AGE LTD., *et al*, | |
| Counterclaim Defendants. | |

## PROOF OF SERVICE BY MAIL

I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is 1999 Avenue of the Stars, Los Angeles, California 90067-6035. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service. On January 28, 2014, I served the following:

- **WARNER'S NOTICE OF MOTION AND MOTION TO COMPEL DOCUMENTS AND PRIVILEGE LOG**

- **EXHIBITS 4-5 TO THE DECLARATION OF MOLLY M. LENS IN SUPPORT OF WARNER'S MOTION TO COMPEL DOCUMENTS AND PRIVILEGE LOG**

- **DECLARATION OF NIKOLAS A. PRIMACK IN SUPPORT OF WARNER'S APPLICATION TO FILE MOTION TO COMPEL AND EXHIBITS 4-5 TO THE DECLARATION OF MOLLY M. LENS UNDER SEAL**

- **WARNER'S APPLICATION TO FILE MOTION TO COMPEL AND EXHIBITS 4-5 TO THE DECLARATION OF MOLLY M. LENS UNDER SEAL**

- **[PROPOSED] ORDER GRANTING WARNER'S APPLICATION TO FILE MOTION TO COMPEL AND EXHIBITS 4-5 TO THE DECLARATION OF MOLLY M. LENS UNDER SEAL**

by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid, and placing the envelope for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed as follows:

| | |
|---|---|
| John C. Ulin, Esq.<br>ARNOLD & PORTER LLP<br>777 S. Figueroa Street, 44th floor<br>Los Angeles, CA 90017 | Ricardo Cestero, Esq.<br>Bonnie E. Eskenazi, Esq.<br>GREENBERG GLUSKER FIELDS<br>CLAMAN & MACHTINGER LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, CA 90067-4590 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 28, 2014, at Los Angeles, California.

*[signature]*
Tylar Moore