ORIGINAL

LODGED
2014 JAN 28 PM 12:09

DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
VICTOR JIH (S.B. #186515)
vjih@omm.com
MOLLY M. LENS (S.B. #283867)
mlens@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for the Warner Parties

FILED
CLERK U.S. DISTRICT COURT
JAN 28 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOURTH AGE LTD., et al,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER BROS. DIGITAL DISTRIBUTION, et al,<br><br>Defendants.<br><br>WARNER BROS. DIGITAL DISTRIBUTION INC., et al,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>FOURTH AGE LTD., et al,<br><br>Counterclaim Defendants. | Case No. 12-9912-ABC (SHx)<br><br>**DISCOVERY MATTER**<br><br>[~~PROPOSED~~] **ORDER GRANTING WARNER'S APPLICATION TO FILE MOTION TO COMPEL AND EXHIBITS 4-5 TO THE DECLARATION OF MOLLY M. LENS UNDER SEAL**<br><br>**Judge**: Hon. Audrey B. Collins<br>**Magistrate**: Hon. Stephen J. Hillman<br><br>**Hearing Date**: February 24, 2014<br>**Hearing Time**: 2:00 p.m.<br><br>**Discovery Cut-Off**: Apr. 15, 2014 |

[PROPOSED] ORDER GRANTING
WARNER'S APPLICATION TO SEAL
CASE NO. 12-9912-ABC (SHX)

1  Pursuant to Rule 79-5.1 of the Local Rules of this Court, defendants and
2  counterclaim plaintiffs Warner Bros. Home Entertainment Inc., Warner Bros.
3  Entertainment Inc., Warner Bros. Consumer Products Inc., and New Line
4  Productions, Inc. (collectively, "Warner") have applied to the Court to file the
5  follow documents under seal:

6  1. Warner's Motion to Compel Documents and Privilege Log; and
7  2. Exhibits 4-5 to the Declaration of Molly M. Lens in Support of Warner's
8  Motion to Compel Documents and Privilege Log.

9  After full consideration of the application, and for good cause shown, the
10 Court finds that Warner's application should be granted.
11 IT IS ORDERED that Warner's Motion to Compel Documents and Privilege
12 Log and Exhibits 4-5 to the Declaration of Molly M. Lens filed concurrently
13 therewith shall be FILED UNDER SEAL.

15 IT IS SO ORDERED.
16 Dated: 1/28/14

Honorable Stephen J. Hillman
Magistrate Judge, United States District Court

[PROPOSED] ORDER GRANTING
WARNER'S APPLICATION TO SEAL
CASE NO. 12-9912-ABC (SHX)