| | |
|---|---|
| 1 | DANIEL M. PETROCELLI (S.B. #97802) |
| 2 | dpetrocelli@omm.com |
|   | VICTOR JIH (S.B. #186515) |
| 3 | vjih@omm.com |
|   | MOLLY M. LENS (S.B. #283867) |
| 4 | mlens@omm.com |
|   | O'MELVENY & MYERS LLP |
| 5 | 1999 Avenue of the Stars, 7th Floor |
|   | Los Angeles, California 90067-6035 |
| 6 | Telephone: (310) 553-6700 |
|   | Facsimile: (310) 246-6779 |

Attorneys for the Warner Parties

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOURTH AGE LTD., *et al*, | Case No. 12-9912-ABC (SHx) |
| Plaintiffs, | **DISCOVERY MATTER** |
| v. | **WARNER'S NOTICE OF MOTION AND MOTION TO COMPEL ADDITIONAL DEPOSITIONS** |
| WARNER BROS. DIGITAL DISTRIBUTION, *et al*, | |
| Defendants. | **Judge**: Hon. Audrey B. Collins |
| | **Magistrate**: Hon. Stephen J. Hillman |
| WARNER BROS. DIGITAL DISTRIBUTION INC., *et al*, | |
| Counterclaim Plaintiffs, | **Hearing Date**: March 17, 2014 |
| | **Hearing Time**: 2:00 p.m. |
| v. | **Discovery Cut-Off**: April 15, 2014 |
| FOURTH AGE LTD., *et al*, | |
| Counterclaim Defendants. | |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on March 17, 2014 at 2:00 p.m., or as soon
3  thereafter as the matter may be heard by the above-entitled court, located at 255
4  East Temple Street, Los Angeles, California, in Courtroom 550, defendants and
5  counterclaim plaintiffs Warner Bros. Home Entertainment Inc., Warner Bros.
6  Entertainment Inc., Warner Bros. Consumer Products Inc., and New Line
7  Productions, Inc. (collectively, "Warner") will and hereby do move the Court for an
8  order (1) permitting Warner to depose Cathleen Blackburn and Steven Maier for an
9  additional day of seven hours each; and (2) granting Warner five additional fact
10 depositions, for a total (shared with The Saul Zaentz Company ("Zaentz") of 15
11 fact witnesses.

12  Warner and plaintiffs and counterclaim defendants Fourth Age Limited,
13 Priscilla Mary Anne Reuel Tolkien, as Trustee of the Tolkien Trust, The J.R.R.
14 Tolkien Estate Ltd., Harper Collins Publishers, Ltd., Unwin Hyman Ltd. and
15 George Allen & Unwin (Publishers), Ltd. (collectively, the "Tolkien/HC Parties")
16 submit the Joint Stipulation Regarding Warner's Motion to Compel Additional
17 Depositions pursuant to Federal Rules of Civil Procedure 26, 30, and 37, and
18 Central District Local Rule 37-2.  Pursuant to Central District Local Rule 37-1,
19 Warner and the Tolkien/HC Parties have attempted unsuccessfully to resolve their
20 disputes and therefore respectfully seek the assistance of the Court.

This motion is based on this Notice of Motion and Motion; the accompanying Joint Stipulation and all declarations and exhibits in support thereof; any additional briefing that may be filed; all exhibits, files, and records on file in this action; matters of which judicial notice may be taken; and such additional submissions and argument as may be presented at or before the hearing on this motion.

Dated: February 19, 2014

Respectfully Submitted,

O'MELVENY & MYERS LLP

By: _____
    Daniel M. Petrocelli
    Attorneys for Warner Defendants
    and Counterclaim Plaintiffs

Dated: February 20, 2014

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: _____
    Bonnie E. Eskenazi
    Attorneys for Plaintiffs and
    Counterclaim Defendants