UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-9912-ABC (SHx) | Date | March 11, 2014 |
|---|---|---|---|
| Title | Fourth Age LTD, et al., v. Warner Bros., et al., | | |

| Present: The Honorable | Stephen J. Hillman | | |
|---|---|---|---|
| Sandra Butler | | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

N/A                                                             N/A

**Proceedings:**           (IN CHAMBERS)

　　　The Court has been informed that the issue of custodial Metadata has been solved between the parties. If counsel wish for the court's oral rulings on the remainder of the issues in the Warner Bros.'s Motion be reduced to a written order, they shall jointly lodge a proposed order within 10 days.

**cc:**   **District Judge Collins**
    **Counsel of Record***
    ***the term "counsel" as used herein also includes any pro se party.**
    **See Local Rule 2.9.3.**

                                                                                      _____ : _____
                                                                                       Initials of Preparer