# EXHIBIT A

# EXHIBIT REDACTED

# FILED PROVISIONALLY UNDER SEAL PURSUANT TO PROTECTIVE ORDER