UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-9912-ABC (SHx) | Date | April 30, 2014 |
|---|---|---|---|
| Title | Fourth Age LTD, et al., v. Warner Bros., et al., | | |

| Present: The Honorable | Stephen J. Hillman | | |
|---|---|---|---|
| Sandra Butler | | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**         (IN CHAMBERS)

     The court has considered the letter briefs of plaintiffs, Zaentz and Warner Bros with respect to the privilege log issue, including Zaentz' Reply.

     All parties may forego logging outside litigation counsel documents from February 2008 forward.

     Moreover, the court amends its earlier Order, to the extent that no party is required to log "exact duplicate" copies of alleged privilege documents. For example, if a document from Zaentz' own files is logged, then an exact duplicate of that document that exists in Howard Rice/A&P files need not be logged. However, if , for example, there is a handwritten notation on one copy but not on another copy, then both documents need to be logged. This applies to all parties.

     The goal is to ensure that all documents are carefully reviewed for either production (or logging on a privilege log), while not requiring "busy work". Parties cannot simply assume that documents are "likely to be listed already" in the draft privilege log.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-9912-ABC (SHx) | Date | April 30, 2014 |
|---|---|---|---|
| Title | Fourth Age LTD, et al., v. Warner Bros., et al., | | |

      The production date and privilege log service date is extended by fourteen days for all parties.

**cc:**   **District Judge Collins**
      **Counsel of Record***
      ***the term "counsel" as used herein also includes any pro se party.**
      **See Local Rule 2.9.3.**

                                                                           :
Initials of Preparer