# EXHIBIT B

# DEPOSITION TRANSCRIPT OF PRISCILLA TOLKIEN –

# REDACTED VERSION

1

1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT FOR CALIFORNIA
   _____
3  FOURTH AGE LTD., et al.,

4          Plaintiffs,

5          vs.                    No. 12-9912-ABC

6  WARNER BROS. DIGITAL             (SHx)

7  DISTRIBUTION INC., et al.,

8          Defendants.
   _____
9  WARNER BROS. DIGITAL

10 DISTRIBUTION INC., et al.,

11         Counterclaim

12         Plaintiffs,

13         vs.

14 FOURTH AGE LTD., et al.,

15         Counterclaim

16         Defendants.
   _____
17

18    VIDEOTAPED DEPOSITION OF MS. PRISCILLA TOLKIEN

19          Wednesday, February 19, 2014

20               AT:  09:30 AM

21

22 Reported by:

23 Trish Brady, Accredited Realtime Reporter

24 JOB No. 1811956

25 PAGES 1 - 308

44

```
1           MS. ESKENAZI:  Objection, lacks

2   foundation, calls for speculation.

3           A.   I don't know.

4           BY MR. JIH:

5           Q.   So you have never visited a -- you

6   know, there's no -- there's no office to visit for

7   the Tolkien Estate Limited?

8           MS. ESKENAZI:  Objection, asked and

9   answered, lacks foundation, calls for speculation.

10          A.   I don't know.

11          BY MR. JIH:

12                      REDACTED

13

14

15

16

17

18

19

20

21

22

23

24

25
```

# PAGES 45-46 REDACTED IN FULL

47

**REDACTED**

BY MR. JIH:

Q.   So now let me show you the exhibit.

(Exhibit Previously marked BLACKBURN 1 marked for

70

```
 1    courtesy and hospitality.

 2             Q.   What do you mean by a role of

 3    courtesy and hospitality?

 4             A.   Well, I did -- I retired from that

 5    now since 2005, but I did run parties and

 6    receptions for them, particularly associated with

 7    their annual conference in Oxford, and on

 8    occasions I did attend events run by their

 9    organization as a guest.

10             Q.   How many years were you involved

11    with The Tolkien Society?

12             A.   31 years.

13             Q.   Wow.  And you said you stopped

14    in 2005?

15             A.   Yes.        REDACTED

16

17

18

19

20

21

22

23

24

25
```

80

1          Q.    Only legal matters?

2          A.    Only legal matters, yes.

3          Q.    When you do speak with Mr. Maier,

4    is it in person, by phone, correspondence?  How?

5          A.    It can be through correspondence.

6    It can be through correspondence, yes.

7          Q.    So you don't speak to him -- you

8    don't usually call Mr. Maier?

9          A.    No.

10         Q.    Or meet with him in person?

11         A.    No.

12         Q.    Do you ever -- have you ever

13   communicated with anyone at HarperCollins

14   regarding the Tolkien works?

15         A.    No.

16              REDACTED

17

18

19

20

21

22

23

24

25

# PAGES 81-83 REDACTED IN FULL

84

**REDACTED**

14          Q.   No view.  In terms of the documents

15   you keep in your files, do you keep them

16   indefinitely or sometimes do you cull the files

17   and get rid of some of the old stuff?

18          A.   I would only discuss this with

19   Cathleen Blackburn.

20          MS. ESKENAZI:  Objection, it's vague

21   and --

22          BY MR. JIH:

23          Q.   That's not my question actually.

24          MS. ESKENAZI:  Objection, it's vague and

25   ambiguous.

85

1          BY MR. JIH:

2          Q.   My question is actually just

3    whether or not you keep all of the documents you

4    maintain in your file for the Tolkien works and my

5    question is: do you periodically throw things

6    away?  Do you try to keep them to a manageable

7    size?  Or do you just keep everything?

8          A.   I can't keep everything.  I would

9    never get rid of anything without consultation

10   with Cathleen Blackburn.

11         Q.   OK.  How frequently do you get rid

12   of documents from your file?

13         MS. ESKENAZI:  Objection, it misstates

14   the testimony.

15         A.   I can't -- I can't say how often.

16                    REDACTED

17

18

19

20

21

22

23

24

25

# PAGES 86-108 REDACTED IN FULL

109

<span style="color:red">REDACTED</span>

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21          BY MR. JIH:

22          Q.   For now, yeah, you can put it

23   aside.  I'm going to show you another exhibit, but

24   again, nothing new.  It's an exhibit that's

25   already been marked as exhibit 22.

118

1    a smile."

2              Do you see that?

3              A.   Yes, I see that.

4                        REDACTED

# PAGES 119-130 REDACTED IN FULL

REDACTED

131

1

2

3

4

5          Q.    You don't know.  Let me show you a

6    different article that has been marked as

7    exhibit 21.

8    (Exhibit Previously marked BLACKBURN 21 marked for

9                    identification)

10          And as you are just taking a look at it,

11    my question is just going to be: have you seen

12    this document before or this article before?

13          A.    The question is have I seen this

14    before?  No.

15          Q.    OK.  Let me just then direct you to

16    particular parts that I want to ask you questions

17    about.  If you could turn to the third page.

18    It says page 3 of 6 up at the top.  And this is --

19    I guess it's a article that's from the

20    Boston Globe, but we printed it from the

21    Boston.com website.

22          A.    Yes.

23          Q.    You'll see there's a paragraph,

24    basically the second to the last paragraph on the

25    page, that starts with:

132

1          "But besieged by interview requests..."

2          A.   Yes.

3          Q.   OK.  So the paragraph says:

4          "But besieged by interview requests,

5    Christopher has sequestered himself somewhere in

6    southern France far from the movie-driven crowds.

7    This solitude reflects his overall attitude

8    towards his father's work: the less PR, the

9    better."

10          Do you see that?

11          A.   Yes.

12                         REDACTED

13

14

15

16

17

18

19

20

21

22

23

24

25

# PAGES 133-139 REDACTED IN FULL

140

REDACTED

18          MS. ESKENAZI:  We've been going about an

19    hour.

20          MR. JIH:  Let me --

21          MS. ESKENAZI:  Do you want to take a

22    short break?

23          MR. JIH:  Let me just finish this

24    paragraph.

25          MS. ESKENAZI:  Sure.

143

1    rights, and court battles over copyright

2    infringement."

3           Do you see that?

4           A.   Yes.

                    REDACTED

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# PAGES 144-147 REDACTED IN FULL

148

REDACTED

1

2

3

4

5

6

7          MS. ESKENAZI:  Is it time for a break or

8    are you still not done yet?

9          MR. JIH:  We can take a break, that's

10   fine.

11         MS. ESKENAZI:  OK.

12         VIDEOGRAPHER:  Going off the record at

13   12.22 pm as indicated on the video screen.

14   (12.22 pm)

15              (Off the record.)

16   (12.44 pm)

17         VIDEOGRAPHER:  And we are back on the

18   record at 12.44 pm.

19                  REDACTED

20

21

22

23

24

25

# PAGES 149-160 REDACTED IN FULL

161

<span style="color:red">REDACTED</span>

1

2

3

4

5

6

7

8

9

10

11

12          BY MR. JIH:

13          Q.   OK, let me show you the exhibit.

14          I will mark as the next exhibit, which

15   I believe is exhibit 268, an article -- oh,

16   sorry -- an article dated February 24, 2003, by

17   David Thomas at The Telegraph.  The title of the

18   article is "A leaf torn from the family tree."

19     (Exhibit TOLKIEN 268 marked for identification)

20          So my first question, as with the other

21   articles is just going to be: have you seen this

22   before?

23          A.   No.

24          Q.   OK.  So let me just direct you to

25   the parts that I'm --

162

1          A.   Yes, yes.

2          Q.   -- going to ask you questions

3    about.  Starting with the first page.

4          A.   Yes.

5          Q.   By the way, you can see from the

6    very top the -- David -- it's called interview by

7    David Thomas, and it refers to Simon Tolkien, the

8    grandson of J.R.R. Tolkien.  Do you see that?

9          A.   Yes, I see that.

10          Q.   And Simon Tolkien is the grandson

11   of J.R.R. Tolkien?

12          A.   Yes.

13          Q.   If you go to the last two

14   paragraphs of the first page --

15          A.   Yes.

16          Q.   -- it says:

17          "'I haven't spoken to my father, except

18   in an annual business-meeting context, for the

19   past four years', he says, as matter-of-factly as

20   possible.  'My father is very angry with me --

21   angry to the point that he never wishes to have

22   anything to do with me again.'"

23          Do you see that?

24          A.   Yes.

25                    REDACTED

Tolkien, Priscilla (Final)

# PAGES 163-281 REDACTED IN FULL

282

<span style="color:red">REDACTED</span>

1

2

3

4

5

6

7

8

9

10

11

12

13

14          Let's go off the record.  I may be done.

15          MS. ESKENAZI:  OK.

16          VIDEOGRAPHER:  Going off the record at

17   16:24 as indicated by the video screen.

18   (4.24 pm)

19              (Off the record.)

20   (4.35 pm)

21          VIDEOGRAPHER:  This is the beginning of

22   DVD 4, Volume I in the video deposition of

23   Priscilla Tolkien.  Going back on the record at

24   14:35 pm.

25          MR. JIH:  So, at this point, on behalf

283

1    of Warner I am done with questions at the moment.

2    We do reserve our rights -- I don't expect you to

3    agree -- in terms of the instructions and any

4    additional documents that might surface in the

5    case.  But for now, I am done.  So I'm going to

6    turn it over to the Zaentz lawyer.

7    DIRECT EXAMINATION BY MR. ULIN:

8            MR. ULIN:  Good afternoon, Ms. Tolkien.

9            A.    Good afternoon.

10           Q.    And I appreciate it's been a long

11   day and we have had --

12           A.    Yes.

13           Q.    -- a long series of questions from

14   Mr. Jih.  The good news for you is that most of my

15   questions were already asked by Mr. Jih.  The bad

16   news is that I have a few questions of my own, but

17   I'll try and keep it brief.

18           A.    Thank you.

19           Q.    Again, my name is John Ulin and

20   I represent The Saul Zaentz Company Zaentz

21   Company; I just want to make sure you understand

22   that.

23           A.    Thank you.  I do understand that.

                         REDACTED

24

25

Tolkien, Priscilla (Final)

# PAGES 284-297 REDACTED IN FULL

```
1                      CERTIFICATE OF COURT REPORTER

2

3        I, TRISH BRADY, an Accredited Realtime Reporter, hereby

4        certify that the testimony of the witness MS. PRISCILLA

5        TOLKIEN in the foregoing transcript, numbered pages 8

6        through 306, taken on Wednesday, February 19, 2014, was

7        recorded by me in machine shorthand and was thereafter

8        transcribed by me; and that the foregoing transcript is a

9        true and accurate verbatim record of the said testimony.

10

11       I further certify that I am not a relative, employee,

12       counsel or financially involved with any of the parties to

13       the within cause, nor am I an employee or relative of any

14       counsel for the parties, nor am I in any way interested in

15       the outcome of the within cause.

16

17

18

19                     A Brady

20       ..........................

21               TRISH BRADY, ARR

22

23

24

25

                                              Page 308
```