Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.:  (310) 712-6600
Fax:  (310) 712-8800

*Attorneys for Non-Parties Metro-Goldwyn-Mayer Inc., Metro-Goldwyn-Mayer Studios Inc., Metro-Goldwyn-Mayer Pictures Inc. and United Artists Corporation*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOURTH AGE LTD., *et al*,<br><br>           Plaintiffs,<br><br>     v.<br><br>WARNER BROS. DIGITAL DISTRIBUTION, *et al*,<br><br>           Defendants. | Case No. 12-9912-ABC (SHx)<br><br>**JOINDER BY MGM IN WARNER'S AND ZAENTZ'S MOTION TO DISQUALIFY GREENBERG GLUSKER**<br><br>**Judge**: Hon. Audrey B. Collins<br>**Magistrate**: Hon. Stephen J. Hillman<br><br>**Hearing Date**:  July 7, 2014<br>**Hearing Time**:  10:00 a.m.<br><br>**Discovery Cut-Off**:  July 29, 2014 |
| WARNER BROS. DIGITAL DISTRIBUTION INC., *et al*,<br><br>           Counterclaim Plaintiffs,<br><br>     v.<br><br>FOURTH AGE LTD., *et al*,<br><br>           Counterclaim Defendants. | |

Non-Parties Metro-Goldwyn-Mayer Inc., Metro-Goldwyn-Mayer Studios Inc. (f/k/a Metro-Goldwyn-Mayer Inc.), Metro-Goldwyn-Mayer Pictures Inc. and United Artists Corporation (collectively, "MGM") hereby join in Warner's and Zaentz's Motion to Disqualify Greenberg Glusker (the "Motion") filed on June 9, 2014, ECF Docket No. 188. As set forth in the Motion, although MGM is not a party to this action, it has a financial interest in the outcome of the suit, and United Artists Corporation, a subsidiary of Metro-Goldwyn-Mayer Studios Inc., is the holder of the privilege that has been invaded. *See* Mot. at 3.

MGM may properly join in the Motion to protect its attorney-client privilege. *See Medical Diagnostic Imaging, PLLC* v. *CareCore Nat., LLC*, 542 F. Supp. 2d 296, 305 (S.D.N.Y. 2008) (permitting nonparty to intervene for limited purpose of seeking disqualification); *Oxford Systems, Inc.* v. *CellPro, Inc.*, 45 F. Supp. 2d 1055, 1058 (W.D. Wash. 1999) (permitting nonparty to intervene "for the sole purpose of moving to disqualify" defense counsel); *Greene, Tweed of Delaware, Inc.* v. *DuPont Dow Elastomers, L.L.C*., 202 F.R.D. 426, 428 n.3 (E.D. Pa. 2001) (permitting nonparty to intervene for "limited purpose" of protecting privileged information); *Ledwig* v. *Cuprum S.A.*, 2004 WL 573650, at *1 (W.D. Tex. Jan. 28, 2004) (same); *Enzo Biochem, Inc.* v. *Applera Corp.*, 468 F. Supp. 2d 359, 360 (D. Conn. 2007) (same); *see also In re Grand Jury Subpoena*, 274 F.3d 563, 570 (1st Cir. 2001) (protecting privileged information is sufficient interest for limited intervention).

Accordingly, MGM respectfully joins in Warner's and Zaentz's request that the Court disqualify Greenberg Glusker and for related relief.

Dated: June 9, 2014

Respectfully submitted,

/s/ Robert A. Sacks
Robert A. Sacks (SBN 150146)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
(310) 712-6600
(310) 712-8800 facsimile

*Attorneys for Non-Parties Metro-Goldwyn Mayer Inc., Metro-Goldwyn-Mayer Studios Inc., Metro-Goldwyn-Mayer Pictures Inc. and United Artists Corporation*