BONNIE E. ESKENAZI (SBN 119401)
BEskenazi@ggfirm.com
ELISABETH A. MORIARTY (SBN 156569)
EMoriarty@ggfirm.com
RICARDO P. CESTERO (SBN 203230)
RCestero@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Plaintiffs and Counterclaim Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOURTH AGE LIMITED, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER BROS. DIGITAL DISTRIBUTION, INC., et al.,<br><br>Defendants. | Case No.  CV 12-09912 ABC (SHx)<br><br>*Hon. Audrey B. Collins*<br>*Hon. Stephen J. Hillman*<br><br>**DISCOVERY MATTER**<br><br>**REDACTED SUPPLEMENTAL DECLARATION OF RACHELVALADEZ IN SUPPORT OF SUPPLEMENTAL MEMORANDUM RE: MOTION FOR PROTECTIVE ORDER MAINTAINING CONFIDENTIALITY OF PORTIONS OF TRANSCRIPT OF DEPOSITION OF PRISCILLA TOLKIEN** |
| WARNER BROS. DIGITAL DISTRIBUTION, INC., et al.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>FOURTH AGE LIMITED, et al.,<br><br>Counterclaim Defendants. | **[Unredacted Exhibits D and E filed provisionally under seal]**<br><br>**[Supplemental Memorandum filed concurrently herewith]**<br><br>**Hearing Date**: June 30, 2014<br>**Hearing Time**: 2:00 p.m.<br>**Hearing Place**: Ctrm. 550, Roybal Building<br>**Discovery Cut-Off**: April 15, 2014<br>**Action Filed**: November 19, 2012<br>**Trial, Pretrial Conf., and Motion Cutoff**: Vacated |

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590

SUPP. DECLARATION OF RACHEL VALADEZ

# DECLARATION OF RACHEL VALADEZ

I, Rachel Valadez, declare:

1.      I am an attorney duly licensed to practice in all of the courts of the State of California and I am associated with the firm Greenberg Glusker Fields Claman & Machtinger LLP, attorneys of record for Fourth Age Limited, Priscilla Mary Anne Reuel Tolkien, as Trustee of the Tolkien Trust, the J.R.R. Tolkien Estate Limited, Harper Collins Publishers, Ltd., Unwin Hyman, Ltd. and George Allen & Unwin (Publishers), Ltd. (the "Tolkien/HC Parties") herein.  The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto under oath.

2.      In their respective document productions in this case, defendants and counterclaim plaintiffs Warner Bros. Digital Distribution, Inc., Warner Bros. Home Entertainment, Inc., Warner Bros. Consumer Products, Inc., Warner Bros. Interactive Entertainment, Inc., and New Line Productions, Inc. ("Warner") and The Saul Zaentz Company ("Zaentz") have each designated the 2010 "Hobbit Binding Term Sheet" and the 2010 "Revocation and Regrant Agreement" as "Confidential" under the terms of the parties' Stipulated Protective Order, entered on June 4, 2013 (the "Protective Order").

3.      In their document productions in this case, Warner has designated an October 12, 2010 letter from Bonnie Eskenazi, counsel for the Tolkien Parties, to Mark Helm, counsel for Warner, as "Confidential" under the Protective Order (WARNER0003880), and Zaentz has designated this document as "Highly Confidential Attorneys' Eyes Only" (SZC0057347).

4.      In its production, Zaentz has designated a November 12, 1998 letter from Cathleen Blackburn, counsel for the Tolkien Parties, to Laurie Battle, Director of Licensing at Zaentz, as "Confidential" under the Protective Order (SZC0016630).

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1    5.    In their document productions, Warner and Zaentz have designated an

2  August 4, 2000 memorandum from Cathleen Blackburn to Al Bendich as

3  "Confidential" under the Protective Order (WARNER0055301, SZC0033150).

4    6.    In its production, Zaentz has designated an email from Ian Pare at

5  Silicon Magic to Cathleen Blackburn regarding mobile games as "Confidential"

6  under the Protective Order (SZC0009687).  Warner did not produce a copy of this

7  document.

8    7.    Attached hereto as Exhibit "D" are true and correct copies of excerpts

9  from the certified copy of the deposition transcript of former Warner executive,

10  Benjamin Zinkin, taken in this action, which Warner has designated as

11  "Confidential" under the Protective Order.

12    8.    Attached hereto as Exhibit "E" are true and correct copies of excerpts

13  from the certified copy of the deposition transcript of former Zaentz employee,

14  Laurie Battle, taken in this action, which Zaentz has designated as "Confidential"

15  under the Protective Order.

16    9.    If the Court would like copies of the documents referenced in

17  paragraphs 2 through 6 above, the Tolkien/HC Parties would be happy to provide

18  them.

19

20

21    I declare under penalty of perjury under the laws of the United States of

22  America that the foregoing is true and correct.

23

24    Executed this 16th day of June, 2014 at Los Angeles, California.

25

26    /s/ Rachel Valadez
                                          Rachel Valadez

27

28