# EXHIBIT D

# FILED PROVISIONALLY UNDER SEAL POURSUANT TO PROTECTIVE ORDER