1  ARNOLD & PORTER LLP
   MARTIN R. GLICK (No. 40187)
2  marty.glick@aporter.com
   JOHN C. ULIN (No. 165524)
3  john.ulin@aporter.com
   SEAN M. CALLAGY (No. 255230)
4  sean.callagy@aporter.com
   Three Embarcadero Center, 10th Floor
5  San Francisco, California 94111-4024
   Telephone:  415.471.3100
6  Facsimile:   415.471.3400

7  Attorneys for Defendant and Counterclaim Plaintiff
8  THE SAUL ZAENTZ COMPANY d/b/a Middle-earth Enterprises, a Delaware corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| FOURTH AGE LIMITED, *et al.*, | Case No.: 12-9912-ABC (SHx) |
|---|---|
| Plaintiffs, | Hon. Audrey B. Collins<br>Hon. Mag. Stephen J. Hillman |
| v. | |
| WARNER BROS. DIGITAL DISTRIBUTION, INC., *et al.*, | **DISCOVERY MATTER** |
| Defendants. | **ZAENTZ'S STATMENT IN OPPOSITION TO MOTION FOR PROTECTIVE ORDER RE TRANSCRIPT OF DEPOSITION OF PRISCILLA TOLKIEN** |
| | [Fed. R. Civ. P. 37(a) & L.R. 37-2.3] |
| | **Hearing Date & Time:** June 30, 2014, 2:00 p.m, 550-Roybal |
| | **Discovery Cut-Off:** July 29, 2014 |
| THE SAUL ZAENTZ COMPANY | |
| Counterclaim Plaintiff, | |
| v. | |
| FOURTH AGE LIMITED, *et al.* | |
| Counterclaim Defendants, | |

Defendant and Counterclaim-Plaintiff The Saul Zaentz Company ("Zaentz") submits the following statement in support of Warner's opposition to the Tolkien/HC Parties' attempt to designate all but thirty pages of Priscilla Tolkien's deposition transcript as confidential. *See* ECF 181, at 14-24. Zaentz fully joins Warner's statements in the Joint Stipulation and thus sees no need to restate or paraphrase them here. To the extent the Tolkien/HC Parties have suggested that Zaentz's absence as a party to the objection and subsequent Joint Stipulation suggests any degree of support for the Tolkien/HC Parties' motion (*id.* at 7 & n.5), Zaentz expressly refutes such inference.

In addition, Zaentz was surprised to see in the Tolkien/HC Parties' portion of the Joint Stipulation the contention that Zaentz had designated certain materials as "Attorney's Eyes Only" without justification (thereby justifying the Tolkien/HC Parties' over-designation of Ms. Tolkien's testimony), and that motion practice concerning this issue would likely ensue. ECF 181, at 3 & n.4; *id.* at 13. These statements came as a surprise because the Tolkien/HC Parties had never previously directly raised such a concern with Zaentz (and still have not done so to date). Should the Tolkien/HC Parties choose to raise such concerns with Zaentz, Zaentz will endeavor to respond promptly and avoid burdening the Court with unnecessary motion practice.

Dated: June 16, 2014

ARNOLD & PORTER LLP

By: _____
Martin R. Glick
John C. Ulin
Sean M. Callagy

Attorneys for Defendant and Counterclaim Plaintiff THE SAUL ZAENTZ COMPANY d/b/a Middle-earth Enterprises, a Delaware corporation

34771513v1