DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
VICTOR JIH (S.B. #186515)
vjih@omm.com
MOLLY M. LENS (S.B. #283867)
mlens@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

Attorneys for the Warner Parties

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOURTH AGE LTD., *et al*,<br><br>   Plaintiffs,<br><br>   v.<br><br>WARNER BROS. DIGITAL DISTRIBUTION, *et al*,<br><br>   Defendants.<br><br>WARNER BROS. DIGITAL DISTRIBUTION INC., *et al*,<br><br>   Counterclaim Plaintiffs,<br><br>   v.<br><br>FOURTH AGE LTD., *et al*,<br><br>   Counterclaim Defendants. | Case No. 12-9912-ABC (SHx)<br><br>**DISCOVERY MATTER**<br><br>**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF WARNER'S OPPOSITION TO TOLKIEN/HC PARTIES' MOTION FOR A PROTECTIVE ORDER RE:  PRISCILLA TOLKIEN TRANSCRIPT**<br><br>**Judge**: Hon. Audrey B. Collins<br>**Magistrate**: Hon. Stephen J. Hillman<br><br>**Hearing Date**:  June 30, 2014<br>**Hearing Time**:  2:00 p.m.<br><br>**Discovery Cut-Off**:  July 29, 2014 |

WARNER'S
SUPPLEMENTAL MEMORANDUM
CASE NO. 12-9912-ABC (SHX)

1  The Court need only examine the redactions the Tolkien/HC Parties made to
2  the Joint Stipulation to determine just how improper and unsupportable the
3  Tolkien/HC Parties' proposed confidentiality designations to Priscilla Tolkien's
4  deposition transcript are.  The redactions underscore the Tolkien/HC Parties' abuse
5  of the confidentiality designation and illustrate why the Tolkien/HC Parties' Motion
6  for a Protective Order should be denied.

7  All of the redactions are inappropriate.  For example, the first redaction does
8  not even address Ms. Tolkien's testimony, but rather a conclusion that Warner drew
9  from the named plaintiff's lack of information about the lawsuit.  *See* Joint Stip. at
10 4:23-24.  The remaining redactions are also not applied to confidential, privileged,
11 or private information.  *See, e.g., id*. at 18:26-28.  The Tolkien/HC Parties' position
12 on confidentiality prevents Warner from addressing the redactions with any greater
13 specificity, or else Warner would be forced to file this Supplemental Memorandum
14 under seal.  Warner, however, encourages the Court to review the redacted material
15 to gain an understanding of the untenable position that the Tolkien/HC Parties are
16 taking with respect to Ms. Tolkien's deposition.

17 For these reasons and the reasons set forth in Warner's portion of the Joint
18 Stipulation, Warner respectfully asks this Court to enforce the terms of the parties'
19 protective order, which only permits specific information to be designated as
20 confidential, and deny the Tolkien/HC Parties' Motion for a Protective Order.

21 Dated:      June 16, 2014                Respectfully Submitted,

22                                          O'MELVENY & MYERS LLP

24                                          By: _____
25                                               Daniel M. Petrocelli
                                                 Attorneys for the Warner Parties