BONNIE E. ESKENAZI (SBN 119401)
BEskenazi@ggfirm.com
ELISABETH A. MORIARTY (SBN 156569)
EMoriarty@ggfirm.com
RICARDO P. CESTERO (SBN 203230)
RCestero@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California  90067-4590
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Plaintiffs and Counterclaim Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOURTH AGE LIMITED, et al., | Case No.  CV 12-09912 ABC (SHx) |
| Plaintiffs, | *Hon. Audrey B. Collins*<br>*Hon. Stephen J. Hillman* |
| v. | **DISCOVERY MATTER** |
| WARNER BROS. DIGITAL DISTRIBUTION, INC., et al., | **NOTICE OF MOTION AND MOTION OF TOLKIEN/HC PARTIES' TO COMPEL ZAENTZ AND WARNER TO PRODUCE SPECIFIED DOCUMENTS** |
| Defendants. | |
| WARNER BROS. DIGITAL DISTRIBUTION, INC., et al., | [Fed. R. Civ. P. 37(a) and Central Dist. Local Rule 37-2] |
| Counterclaim Plaintiffs, | [Joint Stipulation; Declarations of Rachel Valadez, John C. Ulin and Victor Jih; and [Proposed] Order filed and/or lodged concurrently herewith] |
| v. | Hearing Date:  July 28, 2014<br>Time:  2:00 p.m.<br>Place:  Ctrm. 550, Roybal Building |
| FOURTH AGE LIMITED, et al., | |
| Counterclaim Defendants. | Action Filed:  November 19, 2012<br>Discovery Cutoff:  July 29, 2014<br>Trial Date, Pretrial Conf. and Motion Cutoff Date: Vacated |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2        PLEASE TAKE NOTICE that on July 28, 2014 at 2:00 p.m., or as soon

3    thereafter as the matter may be heard by the above-entitled court, located at 255

4    East Temple Street, Los Angeles, California, in Courtroom 550, plaintiffs and

5    counterclaim defendants Fourth Age Limited, Priscilla Mary Anne Reuel Tolkien,

6    as Trustee of The Tolkien Trust, The J.R.R. Tolkien Estate Ltd., HarperCollins

7    Publishers, Ltd., Unwin Hyman Ltd. and George Allen & Unwin (Publishers), Ltd.

8    (collectively, the "Tolkien/HC Parties") will and hereby do move the Court for an

9    order compelling defendants and counterclaim plaintiffs Warner Bros. Digital

10   Distribution, Inc., Warner Bros. Home Entertainment, Inc., Warner Bros. Consumer

11   Products, Inc., Warner Bros. Interactive Entertainment, Inc., and New Line

12   Productions, Inc. ("Warner") and The Saul Zaentz Company ("Zaentz," collectively

13   with Warner, "Defendants") to produce specified documents in Response to Fourth

14   Age Limited's Request for Production No. 119.

15       The Tolkien/HC Parties and Defendants submit the concurrently filed Joint

16   Stipulation Regarding The Tolkien/HC Parties' Motion to Compel Zaentz and

17   Warner to Produce Specified Documents pursuant to Federal Rules of Civil

18   Procedure 26, 34, and 37, and Central District Local Rules 37-2 and 37-1.  Pursuant

19   to Central District Local Rule 37-1, the Tolkien/HC Parties and Defendants have

20   attempted unsuccessfully to resolve their disputes and therefore respectfully seek

21   the assistance of the Court.

22   DATED:  July 7, 2014                GREENBERG GLUSKER FIELDS
                                         CLAMAN & MACHTINGER LLP
23

24

25                                      By: /s/ Bonnie E. Eskenazi
                                            BONNIE E. ESKENAZI (SBN 119401)
26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590