Robert A. Sacks (SBN 150146)
sacksr@sullcrom.com
Edward E. Johnson (SBN 241065)
johnsonee@sullcrom.com
SULLIVAN & CROMWELL LLP
1888 Century Park East, Suite 2100
Los Angeles, California 90067-1725
Tel.: (310) 712-6600
Fax: (310) 712-8800

*Attorneys for Non-Parties Metro-Goldwyn-Mayer Inc., Metro-Goldwyn-Mayer Studios Inc., Metro-Goldwyn-Mayer Pictures Inc. and United Artists Corporation*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOURTH AGE LTD., *et al*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WARNER BROS. DIGITAL DISTRIBUTION, *et al*,<br><br>　　　　Defendants.<br><br>WARNER BROS. DIGITAL DISTRIBUTION INC., *et al*,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>FOURTH AGE LTD., *et al*,<br><br>　　　　Counterclaim Defendants. | Case No. 12-9912-ABC (SHx)<br><br>**MGM'S RESPONSE TO THE TOLKIEN/HC PARTIES' OBJECTIONS TO EVIDENCE SUBMITTED BY MGM IN SUPPORT OF ITS REPLY IN SUPPORT OF JOINDER IN WARNER'S AND ZAENTZ'S MOTION TO DISQUALIFY GREENBERG GLUSKER**<br><br>**Judge**: Hon. Audrey B. Collins<br>**Hearing Date**: July 24, 2014<br>**Hearing Time**: 10:00 a.m.<br><br>**Discovery Cut-Off**: July 29, 2014 |

Non-Parties Metro-Goldwyn-Mayer Inc., Metro-Goldwyn-Mayer Studios Inc. (f/k/a Metro-Goldwyn-Mayer Inc.), Metro-Goldwyn-Mayer Pictures Inc. and United Artists Corporation (collectively, "MGM") respectfully submit this Response to the Tolkien/HC Parties' Objections to Evidence.

MGM submitted the Declaration of Edward J. Slizewski in support of its Reply brief to address arguments that the Tolkien/HC Parties raised in their opposition to MGM's Joinder. It is appropriate for the Court to consider evidence raised for the first time in reply "in response to arguments raised in [the] opposition." *All Star Seed* v. *Nationwide Agribusiness Ins. Co.*, 2014 WL 1286561, at *16 (S.D. Cal. Mar. 31, 2014). Moreover, the Tolkien/HC Parties substantively responded to the evidence in their Objections, so there is no prejudice or need for a sur-reply. *See Carrillo* v. *Schneider Logistics, Inc.*, 2013 WL 140214, at *3, n. 2 (C.D. Cal. Jan 7, 2013).

The Tolkien/HC Parties' specific objections to Paragraphs 3-5 of the Slizewski are meritless. Mr. Slizewski's testimony does not lack foundation: as the Senior Vice President of Financial Affairs at Metro-Goldwyn-Mayer Studios Inc., he has personal knowledge of the facts set forth in the declaration. Nor is it hearsay: Mr. Slizewski does not attest to any out-of-court statements. Finally, the Tolkien/HC Parties assert that Paragraphs 3-5 are irrelevant, based on arguments that, like their other arguments opposing MGM's Joinder, are hyper-technical and incorrect. Mr. Slizewski's declaration establishes that United Artists Corp., the privilege-holder, is a subsidiary of Metro-Goldwyn-Mayer Studios Inc., and therefore has an interest in the litigation through the other MGM entities. The Tolkien/HC Parties' reliance on *Morrison Knudsen Corp.* v. *Hancock, Rothert & Bunshoft*, 69 Cal. App. 4th 223, 240 (1999), is misplaced. There, the Court disqualified a law firm from representing a subsidiary because the firm had previously represented the parent, affirming the trial court's ruling that the parent and subsidiary should be treated as a single entity for purposes of the conflict.

Likewise here, the fact that the privilege-holder is not the same formal entity that has an economic interest in the litigation should not deprive MGM of its ability to protect its attorney-client privilege. The Tolkien/HC Parties also complain that MGM did not describe its rights in *The Hobbit* films with enough specificity, but more specificity is unnecessary—the declaration provides evidence that MGM has an economic interest in the litigation, which is the only relevant point.

      For the foregoing reasons, MGM respectfully requests that the Tolkien/HC Parties' objections to MGM's evidence be overruled.

Dated: July 21, 2014　　　　　　　　　　Respectfully submitted,

/s/ Robert A. Sacks
Robert A. Sacks (SBN 150146)
Edward E. Johnson (SBN 241065)
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, California 90067-1725
(310) 712-6600
(310) 712-8800 facsimile

*Attorneys for Non-Parties Metro-Goldwyn Mayer Inc., Metro-Goldwyn-Mayer Studios Inc., Metro-Goldwyn-Mayer Pictures Inc. and United Artists Corporation*