UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-9912 ABC (SHx) | Date | July 23, 2014 |
|---|---|---|---|
| Title | Fourth Age Limited et al v. Warner Bros Digital Distribution Inc et al | | |

| Present: The Honorable | Stephen J, Hillman, U.S Magistrate Judge |
|---|---|

| Sandra L. Butler | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**    ( IN CHAMBERS) # 234  NOTICE OF MOTION AND MOTION to Produce specified documents filed by Plaintiffs Fourth Age Limited, George Allen and Unwin Publishers Ltd, Harpercollins Publishers Ltd(a United Kingdom corporation), J R R Tolkien Estate Limited(a United Kingdom corporation), Priscilla Mary Anne Reuel Tolkien(as Trustee of the Tolkien Trust, a United Kingdom Charitable Trust), The Tolkien Trust, Unwin Hyman Ltd

Counsel are advised that the above-referenced motion(s) set for hearing on July 28, 2014, is taken **Under Submission** and off calendar. Accordingly, no appearance by counsel is necessary. The Court will issue a ruling after full consideration of the submitted pleadings.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | | slb |