# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 12-9912-ABC (SHx) | Date | July 25, 2014 |
|---|---|---|---|
| Title | Fourth Age LTD, et al., v. Warner Bros., et al., | | |

| Present: The Honorable | Stephen J. Hillman | |
|---|---|---|
| Sandra Butler | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**     (IN CHAMBERS)

Plaintiff's Motion to Compel Zaentz and Warner to Produce Specific Documents has been taken under submission without oral argument.

The Motion is partially granted. Zaentz and Warner shall produce licenses for underlying intellectual property which Defendants actually exploited as to gambling, limited to 1969 through 2010. Compliance within 45 days of this Order.

cc:     **District Judge Collins**
**Counsel of Record***
*the term "counsel" as used herein also includes any pro se party.
**See Local Rule 2.9.3.**

:

Initials of Preparer