DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for the Warner Parties

ARNOLD & PORTER LLP
MARTIN R. GLICK (No. 40187)
marty.glick@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

Attorneys for The Saul Zaentz Company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOURTH AGE LTD., *et al*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WARNER BROS. DIGITAL DISTRIBUTION, *et al*,<br><br>　　　　Defendants.<br><br>WARNER BROS. DIGITAL DISTRIBUTION INC., *et al*,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　v.<br><br>FOURTH AGE LTD., *et al*,<br><br>　　　　Counterclaim Defendants. | Case No. 12-9912-ABC (SHx)<br><br>**DISCOVERY MATTER**<br><br>**WARNER AND ZAENTZ'S JOINT SUBMISSION PURSUANT TO JULY 22, 2014 ORDER**<br><br>**Judge**: Hon. Audrey B. Collins<br>**Magistrate**: Hon. Stephen J. Hillman<br><br>**Discovery Cut-Off**: July 29, 2014 |

Pursuant to the Court's July 22, 2014 Order Regarding Warner's and Zaentz's Motion to Compel Documents and Supplemented Privilege Log (Dkt. 280), defendants and counterclaim plaintiffs Warner Bros. Home Entertainment Inc., Warner Bros. Entertainment Inc., Warner Bros. Consumer Products Inc. and New Line Productions, Inc. (collectively, "Warner"), and defendant and counterclaim plaintiff The Saul Zaentz Company ("Zaentz"), hereby identify the following documents logged on plaintiffs' privilege log (Dkt. 243-1, 243-2, 243-3) and redaction log (attached hereto as **Exhibit A**) for the Court's *in camera* review.

## A. Entries Related to Issue Nos. 3 and 5

Warner and Zaentz identify the following 100 documents for the Court's *in camera* review in connection with Issue Nos. 3 and 5 in the Joint Stipulation Regarding Warner's and Zaentz's Motion to Compel Documents and Supplemented Privilege Log (the "Joint Stipulation") (Dkt. 242-1). The numbers below correspond to the entry numbers on the privilege log. The bates numbers below correspond to entries on the redaction log.

| | | | | |
|---|---|---|---|---|
| 1. | 9 | | 13. | 155 |
| 2. | 10 | | 14. | 170 |
| 3. | 16 | | 15. | 172 |
| 4. | 17 | | 16. | 173 |
| 5. | 18 | | 17. | 174 |
| 6. | 49 | | 18. | 202 |
| 7. | 59 | | 19. | 213 |
| 8. | 86 | | 20. | 240 |
| 9. | 99 | | 21. | 241 |
| 10. | 100 | | 22. | 244 |
| 11. | 146 | | 23. | 250 |
| 12. | 153 | | 24. | 252 |

| | | |
|---|---|---|
| 1 | 25. 518 | 52. 1286 |
| 2 | 26. 842 | 53. 1289 |
| 3 | 27. 852 | 54. 1315 |
| 4 | 28. 936 | 55. 1324 |
| 5 | 29. 992 | 56. 1326 |
| 6 | 30. 1005 | 57. 1334 |
| 7 | 31. 1040 | 58. 1369 |
| 8 | 32. 1062 | 59. 1418 |
| 9 | 33. 1072 | 60. 1433 |
| 10 | 34. 1088 | 61. 1457 |
| 11 | 35. 1090 | 62. 1470 |
| 12 | 36. 1091 | 63. 1524 |
| 13 | 37. 1098 | 64. 1525 |
| 14 | 38. 1106 | 65. 1575 |
| 15 | 39. 1107 | 66. 1801 |
| 16 | 40. 1131 | 67. 1828 |
| 17 | 41. 1151 | 68. 1829 |
| 18 | 42. 1166 | 69. 2057 |
| 19 | 43. 1167 | 70. 2127 |
| 20 | 44. 1185 | 71. 2129 |
| 21 | 45. 1202 | 72. 2158 |
| 22 | 46. 1212 | 73. 2191 |
| 23 | 47. 1221 | 74. 2196 |
| 24 | 48. 1223 | 75. 2198 |
| 25 | 49. 1253 | 76. 2200 |
| 26 | 50. 1262 | 77. 2202 |
| 27 | 51. 1276 | 78. 2237 |
| 28 | | |

| | | |
|---|---|---|
| 79. 2315 | 90. | 2723 |
| 80. 2413 | 91. | 2724 |
| 81. 2414 | 92. | 2727 |
| 82. 2575 | 93. | PLAINTIFFS012605 |
| 83. 2608 | 94. | PLAINTIFFS013723 |
| 84. 2633 | 95. | PLAINTIFFS013754 |
| 85. 2634 | 96. | PLAINTIFFS039736 |
| 86. 2696 | 97. | PLAINTIFFS043480 |
| 87. 2710 | 98. | PLAINTIFFS043711 |
| 88. 2720 | 99. | PLAINTIFFS044225 |
| 89. 2722 | 100. | PLAINTIFFS044233 |

**B.** **Entries Related to Issue No. 4**

Warner and Zaentz identify the following 50 documents for the Court's *in camera* review in connection with Issue No. 4 in the Joint Stipulation. As in Section A, the numbers correspond to the entry numbers on plaintiffs' privilege log, while the bates numbers correspond to entries on plaintiffs' redaction log.

| | |
|---|---|
| 1. 135 | 12. 1092 |
| 2. 255 | 13. 1105 |
| 3. 865 | 14. 1110 |
| 4. 883 | 15. 1114 |
| 5. 894 | 16. 1278 |
| 6. 962 | 17. 1287 |
| 7. 983 | 18. 1326 |
| 8. 997 | 19. 1396 |
| 9. 998 | 20. 1425 |
| 10. 1017 | 21. 1428 |
| 11. 1029 | 22. 1429 |

| | | | |
|---|---|---|---|
| 23. | 1430 | 37. | 2124 |
| 24. | 1431 | 38. | 2217 |
| 25. | 1461 | 39. | 2305 |
| 26. | 1468 | 40. | 2644 |
| 27. | 1469 | 41. | 2698 |
| 28. | 1545 | 42. | 2718 |
| 29. | 1551 | 43. | 2721 |
| 30. | 1738 | 44. | 2725 |
| 31. | 1741 | 45. | PLAINTIFFS014153 |
| 32. | 1932 | 46. | PLAINTIFFS014286 |
| 33. | 2031 | 47. | PLAINTIFFS019664 |
| 34. | 2104 | 48. | PLAINTIFFS037209 |
| 35. | 2108 | 49. | PLAINTIFFS037403 |
| 36. | 2122 | 50. | PLAINTIFFS043462 |

The last document identified (PLAINTIFFS043462) does not appear on either the privilege or redaction logs. This document was clawed back at the deposition of Barry Clark on June 27, 2014, which was after plaintiffs served their privilege log, and plaintiffs never supplemented that log.

### C. Individuals Named in Challenged Log Entries

The Tolkien/HC Parties have not provided Warner or Zaentz with a list of the individuals named in the privilege and redaction logs, or indicated which of these individuals is an attorney. **Exhibit B**, attached hereto, is a list of the individuals named in the entries identified above, their affiliation, and whether they are attorneys based on the information available to Warner and Zaentz.

Dated: August 4, 2014

Respectfully Submitted,

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli
Attorneys for Warner Defendants
and Counterclaim Plaintiffs

Dated: August 4, 2014

ARNOLD & PORTER LLP

By: /s/ Martin R. Glick
Martin R. Glick
Attorneys for Zaentz Defendants and
Counterclaim Plaintiffs

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 4, 2014

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli
Attorneys for Warner Defendants
and Counterclaim Plaintiffs