DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for the Warner Parties

ARNOLD & PORTER LLP
MARTIN R. GLICK (No. 40187)
marty.glick@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

Attorneys for The Saul Zaentz Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOURTH AGE LTD., *et al*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WARNER BROS. DIGITAL DISTRIBUTION, *et al*,<br><br>　　　　Defendants.<br><br>―――――――――――――――<br>WARNER BROS. DIGITAL DISTRIBUTION INC., *et al*,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　v.<br><br>FOURTH AGE LTD., *et al*,<br><br>　　　　Counterclaim Defendants. | Case No. 12-9912-ABC (SHx)<br><br>**DISCOVERY MATTER**<br><br>**WARNER AND ZAENTZ'S OBJECTION TO PLAINTIFFS' RESPONSE TO WARNER AND ZAENTZ'S JOINT SUBMISSION PURSUANT TO JULY 22, 2014 ORDER**<br><br>**Judge**: Hon. Audrey B. Collins<br>**Magistrate**: Hon. Stephen J. Hillman<br><br>**Discovery Cut-Off**: July 29, 2014 |

The Court's July 22, 2014 Order is clear. The Court ruled that Warner and Zaentz "may each select and advise the court of [75 total] logged documents which they wish the court to review in camera." Dkt 180. This Order was not issued *sua sponte*, but in response to Issues 3, 4, and 5 of Warner and Zaentz's motion, which extensively detailed our position challenging the Tolkien/HC Parties' assertions of attorney-client, common interest, and work-product privileges. In light of this showing, *in camera* review was plainly warranted. *See* Dkt 242-1 at 18-21, 29-31, 38-39; Dkt 264; *In re Grand Jury Investigation*, 974 F.2d 1068, 1074-75 (9th Cir. 1992) ("minimal threshold" met where party can show "factual basis sufficient to support a reasonable, good faith belief that *in camera* inspection may reveal evidence that information in the materials is not privileged"). Not only is the Court free to order whatever relief it finds appropriate, Warner and Zaentz specifically suggested *in camera* review of a sampling of documents as an alternative and intermediate step to resolving the motion. *See* Dkt. 264 at 5.

The Tolkien/HC Parties' Response is an improper motion for reconsideration. They do not, and cannot, point to any new or different facts or law justifying such a motion. *See* L.R. 7-18. Issues 3-5 of the Joint Stipulation concern the assertions of privilege by the Tolkien/HC Parties, and whether they should be required to produce documents withheld as a result of those positions. The fact that the Court took the lesser step of ordering submission to the Court for *in camera* review (in lieu of production to all parties) is not a new development. To the extent the Tolkien/HC Parties disagreed, they had the option instead to file objections with the District Judge, which they chose not to do. *See* Fed. R. Civ. Proc. 72(a).

Similarly, the Tolkien/HC Parties' alternative request "that they be granted the same relief" is not only untimely, but wholly unwarranted. They never met and conferred, much less requested the relief they now seek. For good reason, the Tolkien/HC Parties never moved to challenge the Warner and Zaentz Parties'

- 2 -

WARNER AND ZAENTZ'S OBJECTION TO
RESPONSE TO JOINT SUBMISSION
PURSUANT TO JULY 22, 2014 ORDER
CASE NO. 12-9912-ABC (SHX)

1  privilege logs or assertions of privilege, despite having received Warner's and
2  Zaentz's privilege logs nearly three months ago. Their time for doing so has now
3  passed. The Tolkien/HC Parties also provide no evidentiary support for their
4  requested relief. The Tolkien/HC Parties' Response makes clear that their belated
5  request for *in camera* review must be denied. *See* Dkt 288 at 3:1 ("Bare allegations
6  alone will not satisfy the *Zolin* standard.").

Dated: August 7, 2014

Respectfully Submitted,

O'MELVENY & MYERS LLP

By:   /s/ Daniel M. Petrocelli
          Daniel M. Petrocelli
   Attorneys for Warner Defendants
   and Counterclaim Plaintiffs

Dated: August 7, 2014

ARNOLD & PORTER LLP

By:   /s/ Martin R. Glick
          Martin R. Glick
   Attorneys for Zaentz Defendants and
   Counterclaim Plaintiffs

- 3 -

WARNER AND ZAENTZ'S OBJECTION TO
RESPONSE TO JOINT SUBMISSION
PURSUANT TO JULY 22, 2014 ORDER
CASE NO. 12-9912-ABC (SHX)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 7, 2014

Respectfully Submitted,

O'MELVENY & MYERS LLP

By:   /s/ Daniel M. Petrocelli
     Daniel M. Petrocelli
     Attorneys for Warner Defendants
     and Counterclaim Plaintiffs

- 4 -

WARNER AND ZAENTZ'S OBJECTION TO RESPONSE TO JOINT SUBMISSION PURSUANT TO JULY 22, 2014 ORDER
CASE NO. 12-9912-ABC (SHX)