DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

Attorneys for the Warner Parties

ARNOLD & PORTER LLP
MARTIN R. GLICK (No. 40187)
marty.glick@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

Attorneys for The Saul Zaentz Company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOURTH AGE LTD., *et al*,<br><br>  Plaintiffs,<br><br>v.<br><br>WARNER BROS. DIGITAL DISTRIBUTION, *et al*,<br><br>  Defendants.<br><br>WARNER BROS. DIGITAL DISTRIBUTION INC., *et al*,<br><br>  Counterclaim Plaintiffs,<br><br>v.<br><br>FOURTH AGE LTD., *et al*,<br><br>  Counterclaim Defendants. | Case No. 12-9912-AB (SHx)<br><br>**DISCOVERY MATTER**<br><br>**WARNER AND ZAENTZ'S OPPOSITION TO THE TOLKIEN/HC PARTIES' *EX PARTE* APPLICATION FOR STAY OF THE MAGISTRATE'S AUGUST 12, 2014 ORDER**<br><br>**Judge**: Hon. André Birotte, Jr.<br>**Magistrate**: Hon. Stephen J. Hillman<br><br>**Discovery Cut-Off**: July 29, 2014 |

1    There is no basis to stay the Court's *in camera* review Order because the Tolkien/HC Parties' time to seek review of that Order has already passed. The Court ordered *in camera* review on July 22, 2014: "Warner and Zaentz may each select and advise the court of [75 total] logged documents which they wish the court to review in camera." Dkt 280. The Tolkien/HC Parties' time to seek review of the July 22 Order expired on August 6. *See* Fed. R. Civ. Proc. 72(a). The Tolkien/HC Parties misidentify their forthcoming motion before the District Judge as one seeking review of the August 12 Order. *See* Dkt 295. But on August 12, the Court only *confirmed* its July 22 Order by "not[ing] that Warner and Zaentz's interpretation of this court's July 22 Order (document 280) is correct," and giving the Tolkien/HC Parties ten days to comply with it. Dkt 294. As the *ex parte* application makes clear, the Tolkien/HC Parties' objection is with the underlying *in camera* review and not with the 10-day compliance deadline.

The Tolkien/HC Parties' request for *ex parte* relief is also improper because it fails to identify any "irreparable injury or prejudice not attributable to the lack of diligence of the moving party." *See* L.R. 37-3. Not only was the *in camera* review Order issued over three weeks ago, the Tolkien/HC Parties have not identified any "irreparable injury or prejudice" that would be caused by the Court's *in camera* review of the documents. The Court has not yet ordered the production of these documents to the other parties. As the Court's July 22 Order makes clear, the *in camera* review is merely a "limited," "initial" step to determine if further relief is warranted, Dkt 280, and the Court was clearly within its discretion to take such a step. *See In re Grand Jury Investigation*, 974 F.2d 1068, 1074-75 (9th Cir. 1992). In fact, the Tolkien/HC Parties have already requested "that they be granted the same relief," Dkt 288 at 4-5, which request was correctly denied because it was not properly before the Court. Dkt 294. They cannot now be heard to complain that this relief causes them irreparable injury or prejudice.

- 2 -

WARNER AND ZAENTZ'S OPP.TO
TOLKIEN/HC PARTIES' EX PARTE APP.
FOR STAY OF AUGUST 12, 2014 ORDER
CASE NO. 12-9912-AB (SHX)

For all these reasons, the requested stay should be denied.

Dated: August 14, 2014

Respectfully Submitted,

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli
Attorneys for Warner Defendants
and Counterclaim Plaintiffs

Dated: August 14, 2014

ARNOLD & PORTER LLP

By: /s/ Martin R. Glick
Martin R. Glick
Attorneys for Zaentz Defendants and
Counterclaim Plaintiffs

- 3 -

WARNER AND ZAENTZ'S OPP.TO
TOLKIEN/HC PARTIES' EX PARTE APP.
FOR STAY OF AUGUST 12, 2014 ORDER
CASE NO. 12-9912-AB (SHX)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 14, 2014

Respectfully Submitted,

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli
Attorneys for Warner Defendants
and Counterclaim Plaintiffs

- 4 -

WARNER AND ZAENTZ'S OPP.TO
TOLKIEN/HC PARTIES' EX PARTE APP.
FOR STAY OF AUGUST 12, 2014 ORDER
CASE NO. 12-9912-AB (SHX)