1  BONNIE E. ESKENAZI (SBN 119401)
   BEskenazi@ggfirm.com
2  ELISABETH A. MORIARTY (SBN 156569)
   EMoriarty@ggfirm.com
3  RICARDO P. CESTERO (SBN 203230)
   RCestero@ggfirm.com
4  GREENBERG GLUSKER FIELDS CLAMAN &
   MACHTINGER LLP
5  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California 90067-4590
6  Telephone: 310.553.3610
   Fax: 310.553.0687

Attorneys for Plaintiffs and Counterclaim Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FOURTH AGE LIMITED, et al., | Case No. CV 12-09912 ABC (SHx) |
|---|---|
| Plaintiffs, | Hon. André Birotte, Jr.<br>Hon. Magistrate Stephen J. Hillman |
| v. | **DISCOVERY MATTER** |
| WARNER BROS. DIGITAL DISTRIBUTION, INC., et al., | **NOTICE OF MOTION AND MOTION OF TOLKIEN/HC PARTIES FOR AN *IN CAMERA* REVIEW OF DOCUMENTS ON DEFENDANTS' PRIVILEGE LOGS** |
| Defendants. | [Fed. R. Civ. P. 37(a) and Central Dist. Local Rule 37-2] |
| WARNER BROS. DIGITAL DISTRIBUTION, INC., et al., | [Joint Stipulation; Declarations of Julia R. Haye and Molly M. Lens, and [Proposed] Order filed and/or lodged concurrently herewith] |
| Counterclaim Plaintiffs, | Hearing Date: October 27, 2014<br>Time: 2:00 p.m.<br>Place: Ctrm. 550, Roybal Building |
| v. | Action Filed: November 19, 2012<br>Discovery Cutoff: July 29, 2014<br>Trial Date, Pretrial Conf. and Motion Cutoff Date: Vacated |
| FOURTH AGE LIMITED, et al., | |
| Counterclaim Defendants. | |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

84971-00003/2266389.1                                                NOTICE OF MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on October 27, 2014 at 2:00 p.m., or as soon thereafter as the matter may be heard by the above-entitled court, located at 255 East Temple Street, Los Angeles, California, in Courtroom 550, plaintiffs and counterclaim defendants Fourth Age Limited, Priscilla Mary Anne Reuel Tolkien, as Trustee of The Tolkien Trust, The J.R.R. Tolkien Estate Ltd., HarperCollins Publishers, Ltd., Unwin Hyman Ltd. and George Allen & Unwin (Publishers), Ltd. (collectively, the "Tolkien/HC Parties") will and hereby do move the Court for an order compelling defendants and counterclaim plaintiffs Warner Bros. Digital Distribution, Inc., Warner Bros. Home Entertainment, Inc., Warner Bros. Consumer Products, Inc., Warner Bros. Interactive Entertainment, Inc., and New Line Productions, Inc. ("Warner") and The Saul Zaentz Company ("Zaentz," collectively with Warner, "Defendants") to produce for *in camera* review, documents on Defendants' privilege logs.

The Tolkien/HC Parties and Defendants submit the concurrently filed Joint Stipulation Regarding The Tolkien/HC Parties' Motion for an *In Camera* Review of Documents on Defendants' Privilege Logs pursuant to Federal Rules of Civil Procedure 26, 34, and 37, and Central District Local Rules 37-2 and 37-1. Pursuant to Central District Local Rule 37-1, the Tolkien/HC Parties and Defendants have attempted unsuccessfully to resolve their disputes and therefore respectfully seek the assistance of the Court.

DATED: October 6, 2014          GREENBERG GLUSKER FIELDS
                                CLAMAN & MACHTINGER LLP


                                By: /s/ Bonnie E. Eskenazi
                                    BONNIE E. ESKENAZI (SBN 119401)