# EXHIBIT H
# Pages 36 - 955

# ARE FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER
# SIGNED BY THE
# HON. AUDREY B. COLLINS
# ON JUNE 4, 2013

# EXHIBIT I
# Pages 956 - 1482

# ARE FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER
# SIGNED BY THE
# HON. AUDREY B. COLLINS
# ON JUNE 4, 2013

# EXHIBIT J
## Pages 1483 - 1491

# ARE FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER
# SIGNED BY THE
# HON. AUDREY B. COLLINS
# ON JUNE 4, 2013

# EXHIBIT K
# Page 1492

# ARE FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER
# SIGNED BY THE
# HON. AUDREY B. COLLINS
# ON JUNE 4, 2013

# EXHIBIT L
## Page 1493

# ARE FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER
# SIGNED BY THE
# HON. AUDREY B. COLLINS
# ON JUNE 4, 2013

# EXHIBIT M
## Pages 1494 - 1497

## ARE FILED UNDER SEAL
## PURSUANT TO PROTECTIVE ORDER
## SIGNED BY THE
## HON. AUDREY B. COLLINS
## ON JUNE 4, 2013

# EXHIBIT N
# Pages 1498 - 1502

# ARE FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER
# SIGNED BY THE
# HON. AUDREY B. COLLINS
# ON JUNE 4, 2013

# EXHIBIT O
## Pages 1503 - 1504

## ARE FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER SIGNED BY THE HON. AUDREY B. COLLINS ON JUNE 4, 2013

# EXHIBIT P
# Pages 1505 - 1507

# ARE FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER
# SIGNED BY THE
# HON. AUDREY B. COLLINS
# ON JUNE 4, 2013

# EXHIBIT Q
## Pages 1508 - 1513

# ARE FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER
# SIGNED BY THE
# HON. AUDREY B. COLLINS
# ON JUNE 4, 2013

# EXHIBIT R
# Pages 1514 - 1524

# ARE FILED UNDER SEAL
# PURSUANT TO PROTECTIVE ORDER
# SIGNED BY THE
# HON. AUDREY B. COLLINS
# ON JUNE 4, 2013