| | |
|---|---|
| DANIEL M. PETROCELLI (No. 97802)<br>dpetrocelli@omm.com<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, 7th Floor<br>Los Angeles, California 90067-6035<br>Telephone: (310) 553-6700<br>Facsimile: (310) 246-6779<br><br>Attorneys for the Warner Parties<br><br>MARTIN R. GLICK (No. 40187)<br>marty.glick@aporter.com<br>ARNOLD & PORTER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, California 94111-4024<br>Telephone: 415.471.3100<br>Facsimile: 415.471.3400<br><br>Attorneys for The Saul Zaentz Company | BONNIE E. ESKENAZI (No. 119401)<br>beskenazi@ggfirm.com<br>GREENBERG GLUSKER FIELDS<br>CLAMAN & MACHTINGER LLP<br>1900 Avenue of the Stars, 21st Floor<br>Los Angeles, California 90067-4590<br>Telephone: (310) 553-3610<br>Facsimile: (310) 553-0687<br><br>Attorneys for The Tolkien/HC Parties |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOURTH AGE LTD., *et al*,<br><br>        Plaintiffs,<br><br>  v.<br><br>WARNER BROS. DIGITAL DISTRIBUTION, *et al*,<br><br>        Defendants.<br><br>WARNER BROS. DIGITAL DISTRIBUTION INC., *et al*,<br><br>        Counterclaim Plaintiffs,<br><br>  v.<br><br>FOURTH AGE LTD., *et al*,<br><br>        Counterclaim Defendants. | Case No. 12-9912-AB (SHx)<br><br>*Hon. André Birotte, Jr.*<br><br>**JOINT REPORT REGARDING STATUS OF SPECIAL MASTER PROCEEDINGS PURSUANT TO AUGUST 10 AND SEPTEMBER 8, 2015 ORDERS**<br><br>Action filed: November 19, 2012 |

On August 10, 2015, the Court scheduled a status conference for October 5, 2015 regarding the status of the parties' selection of the Special Master to conduct the *in camera* review of the remaining documents on the Tolkien/HC Parties' privilege logs (Dkt. # 394).

On September 8, 2015, the Court ordered that the Honorable Terry B. Friedman (Ret.) be appointed to serve as Special Master for the *in camera* review. (Dkt. # 400).

Also on September 8, the Court continued the October 5 Status Conference to October 19, 2015, and ordered the parties to submit this status report on the Special Master Proceedings (Dkt. # 401).

Status of Special Master Proceedings.

On September 25, 2015, the parties submitted the operative pleadings along with various motion papers for the Special Master's review.

On September 29, 2015, the Special Master held a telephonic conference with counsel. The Special Master instructed the parties to meet and confer in good faith by October 2, 2015 in an effort to establish procedures to be followed by the Special Master in reviewing the documents contained on plaintiffs' logs. The parties shall file, by October 6, 2015 any agreement they have reached or, to the extent they cannot reach full agreement, briefs setting forth their respective positions regarding the review protocol. The Special Master has reserved a time on October 8, 2015 for a hearing on any outstanding protocol issues.

In accordance with the Special Master's Order, the parties are in the process of meeting and conferring with respect to the review protocol.

Status of Plaintiffs' Anti-SLAPP Appeal.

The Ninth Circuit has advised the parties that the matter is ordered submitted without oral argument on October 22, 2015, pursuant to Fed. R. App. P. 34(a)(2). The parties will promptly notify the Court once the Ninth Circuit has issued its opinion.

Status of Expert Discovery and Anticipated Motions for Summary Judgment.

The parties are in the process of completing the expert depositions that each side has requested be scheduled. Following that, and the Ninth Circuit's opinion in the pending anti-SLAPP appeal, which the parties hope will be rendered shortly, the parties intend to promptly move for summary judgment.

DATED: October 5, 2015   O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
    DANIEL M. PETROCELLI
    Attorneys for the Warner Parties

DATED: October 5, 2015   ARNOLD & PORTER LLP

By: /s/ Martin R. Glick
    MARTIN R. GLICK
    Attorneys for The Saul Zaentz Company

DATED: October 5, 2015   GREENBERG GLUSKER FIELDS
                         CLAMAN & MACHTINGER LLP

By: /s/ Elisabeth A. Moriarty
    ELISABETH A. MORIARTY
    Attorneys for The Tolkien/HC Parties

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  October 5, 2015

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: /s/ Elisabeth A. Moriarty
ELISABETH A. MORIARTY
Attorneys for The Tolkien/HC Parties