UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: CV 12-09912 AB (SHx) | Date November 3, 2015 |
| Title: Fourth Age Limited, et al. v. Warner Bros. Digital Distribution, Inc., et al. | |

Present: The Honorable ANDRÉ BIROTTE JR.

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] Order Re: October 19, 2015 Status Conference (Dkt. No. 404) and the Anti-SLAPP Appeal (Dkt. No. 405)

At the October 19, 2015 status conference, the Parties informed the Court about the current status of the Special Master proceedings. (Dkt. No. 404.) The Parties anticipate that the Special Master intends to rule on the privilege log tranches by no later than December 31, 2015. (*Id.*) On October 28, 2015, the Ninth Circuit affirmed the Court's ruling on the Parties' Anti-SLAPP appeal. (Dkt. No. 405.)

In order for the Court to remain informed, the Parties shall file a joint status report detailing the Special Master proceedings and the status of expert depositions. The status report shall be filed on **November 23, 2015**. Subsequent status reports shall be filed **every 28 days thereafter** until the Special Master proceedings come to a conclusion.

With the Ninth Circuit's recent resolution to the Anti-SLAPP appeal and the remaining discovery issues coming to a close, the two-year stay on this matter can now be lifted and the case may move forward. The Court sets a status conference for
///
///
///
///

**January 25, 2016 at 10:00 am** to discuss the probable summary judgment filing and other scheduling issues.   The Parties shall submit with the Court a joint scheduling brief on **January 15, 2016** with proposed dates for the summary judgment hearing (and if necessary, a suggested briefing schedule), the pretrial conference[1], and trial.

The Clerk is directed to lift the stay on this matter.

**IT IS SO ORDERED.**

---

[1] The brief should also propose dates for Motions *in limine* and all other appropriate trial materials. *See* AB ORDER RE JURY TRIAL on the Court's Procedures and Schedules webpage.