DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
MOLLY M. LENS (S.B. #283867)
mlens@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, California  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

Attorneys for the Warner Parties

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOURTH AGE LTD., *et al*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WARNER BROS. DIGITAL DISTRIBUTION, *et al*,<br><br>　　　　　Defendants. | Case No. 12-9912-AB (SHx)<br><br>**STIPULATION TO DISMISS ENTIRE CASE WITH PREJUDICE**<br><br>**Judge:** Hon. André Birotte, Jr. |
| WARNER BROS. DIGITAL DISTRIBUTION INC., *et al*,<br><br>　　　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>FOURTH AGE LTD., *et al*,<br><br>　　　　　Counterclaim Defendants. | |

1    Plaintiffs and Counterclaim Defendants Fourth Age Limited, Priscilla Mary
2  Anne Reuel Tolkien, as Trustee of the Tolkien Trust, The J.R.R. Tolkien Estate
3  Ltd., Harper Collins Publishers, Ltd., Unwin Hyman Ltd. and George Allen &
4  Unwin (Publishers), Ltd. (collectively, the "Tolkien/HC Parties") and Defendants
5  and Counterclaim Plaintiffs Warner Bros. Home Entertainment Inc., Warner Bros.
6  Entertainment Inc., Warner Bros. Consumer Products Inc. and New Line
7  Productions, Inc. (collectively, the "Warner Parties") and The Saul Zaentz
8  Company ("Zaentz"), by and through their respective counsel of record, hereby
9  stipulate and agree as follows:

10    WHEREAS, the Tolkien/HC Parties filed their complaint (the "Complaint")
11  in this action on November 19, 2012;

12    WHEREAS, the Warner Parties filed their answer as well as counterclaims
13  against the Tolkien/HC Parties (the "Warner Counterclaim") on January 18, 2013;

14    WHEREAS, Zaentz also filed its answer as well as counterclaims against the
15  Tolkien/HC Parties (the "Zaentz Counterclaim") on January 18, 2013;

16    WHEREAS, the Warner Parties and Zaentz each amended their
17  counterclaims on March 11, 2013 (the "Warner Amended Counterclaim" and the
18  "Zaentz Amended Counterclaim," respectively);

19    WHEREAS, the Tolkien/HC Parties filed motions to dismiss and special
20  motions to strike pursuant to California Code of Civil Procedure Section 425.16
21  (the "anti-SLAPP" motions) with respect to both the Warner Amended
22  Counterclaim and the Zaentz Amended Counterclaim;

23    WHEREAS, this Court denied the motions to dismiss and the anti-SLAPP
24  motions on July 11, 2013;

25    WHEREAS, the Tolkien/HC Parties answered the Warner Amended
26  Counterclaim and the Zaentz Amended Counterclaim on July 25, 2013;

27
28

1  WHEREAS, with the pleadings fully joined, the Parties proceeded to litigate this matter with this Court's supervision;

WHEREAS, the Parties have amicably resolved their differences and no longer wish to pursue the claims pled in the Complaint, the Warner Amended Counterclaim, and the Zaentz Amended Counterclaim;

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), the Parties jointly request that the Complaint, the Warner Amended Counterclaim, and the Zaentz Amended Counterclaim be dismissed with prejudice in their entirety as to all parties thereto;

WHEREAS, the Parties have agreed that no fees or costs are to be awarded by the Court;

IT IS THEREFORE STIPULATED AND AGREED AS FOLLOWS:

1. The Complaint, the Warner Amended Counterclaim, and the Zaentz Amended Counterclaim are dismissed in their entirety with prejudice as to all parties thereto; and

2. No Party is entitled to recover any fees or costs.

Dated:   June 29, 2017            Respectfully Submitted,

                                  O'MELVENY & MYERS LLP

                                  By: /s/ Daniel M. Petrocelli
                                       Daniel M. Petrocelli
                                   Attorneys for Warner Defendants
                                   and Counterclaim Plaintiffs

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: /s/ Bonnie Eskenazi
    Bonnie Eskenazi
    Attorneys for Plaintiffs and
    Counterclaim Defendants

ARNOLD & PORTER KAYE
SCHOLER LLP

By: /s/ John C. Ulin
    John C. Ulin
    Attorneys for Zaentz Defendants and
    Counterclaim Plaintiffs

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 29, 2017

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
    Daniel M. Petrocelli
    Attorneys for Warner Defendants
    and Counterclaim Plaintiffs